Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
**DUANE MORRIS LLP**
865 S Figueroa Street, Ste 3100
Los Angeles, CA 90017-2578
Telephone: (213) 689-7432
Facsimile: (213) 689-7401

Edward M. Cramp (SBN 212490)
emcramp@duanemorris.com
Daniel M. Doft (SBN 317204)
ddoft@duanemorris.com
Dillon D. Denio (SBN 351767)
ddenio@duanemorris.com
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2268
Facsimile: (619) 393-0884

*Attorneys for Defendants*
*Westcliff University and Anthony Lee*

[Additional Defense Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA MORQUECHO,<br><br>Plaintiff,<br><br>v.<br><br>WESTCLIFF UNIVERSITY, ANTHONY LEE, as PRESIDENT and DIRECTOR of WESTCLIFF UNIVERSITY, CALIFORNIA PACIFIC CONFERENCE, and NATIONAL ASSOCIATION OF INTERCOLLEGIATE ATHLETES,<br><br>Defendants. | Case No. 8:25-cv-01750-SSS-(DFMx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND JOINT MOTION TO STAY ACTION PENDING DECISION OF THE SUPREME COURT OF THE UNITED STATES**<br><br>Date: January 16, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Sunshine S. Sykes<br>Courtroom: 2 |

DM1\20235727.1

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on January 16, 2026, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of the above-entitled court located at 3470 Twelfth Street, Riverside, California, Defendants Westcliff University (the "University"), Dr. Anthony Lee ("Dr. Lee"), National Association of Intercollegiate Athletes ("NAIA"), and California Pacific Conference ("Cal Pac") (collectively, the "Defendants"), will and hereby do move this Court for an order staying the instant matter pending decision of the Supreme Court of the United States in *Hecox v. Little*, 104 F.4th 1061 (9th Cir. 2024), *as amended* (June 14, 2024), *cert. granted*, No. 24-38, 145 S. Ct. 2871 (U.S. July 3, 2025) and *B.P.J. v. West Virginia State Bd. of Educ.*, 98 F.4th 542 (4th Cir. 2024), *cert. granted sub nom., W. Virginia v. B.P.J.*, No. 24-43, 2025 WL 1829164 (U.S. July 3, 2025) (collectively, "*Hecox/B.P.J.*").

This Motion is brought pursuant to the Court's inherent authority to control its docket and the matters before it. *Ryan v. Gonzales*, 568 U.S. 57, 74 (2013); *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936).

Good cause exists to stay this action on the grounds that a pair of cases currently before the Supreme Court— *Hecox/B.P.J.*—both involve transgender athletes and will soon determine a dispositive issue in this case: whether "sex" under Title IX means biological sex and not gender identity. One of these cases is an appeal from the Ninth Circuit. Each stay factor—lack of harm to the non-moving party, hardship to the moving party, and the preservation of judicial resources—strongly supports a stay of the proceedings in this case. A stay is therefore warranted pending a dispositive and controlling decision and will ensure that neither the Court nor the parties waste limited resources litigating an issue soon to be resolved by the Supreme Court.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 2, 2025. Pursuant to Civil Standing Order, Section VII.A.: (1) Ernest I. Herrera (Mexican American Legal Defense and Education Fund)

attended the conference on behalf of Plaintiff Emma Morquecho ("Plaintiff"), Theodore C. Peters (O'Hagan Meyer) attended the conference on behalf of NAIA, and Edward M. Cramp and Daniel M. Doft (Duane Morris LLP) attended the conference on behalf of the University and Dr. Lee; (2) the conference was held on October 2, 2025; (3) the conference lasted approximately 22 minutes; (4) the conference was held via telephone; (5) as it relates to this Motion, counsel for Defendants explained that the two cases currently before the Supreme Court (*Hecox v. Little* and *B.P.J. v. West Virginia*) both involve transgender athletes and will squarely address whether "sex" under Title IX means biological sex and not gender identity. One of these cases is an appeal from the Ninth Circuit. They also explained that, as far as prejudice goes, their reading of the Complaint is that the injunctive relief seeks to prohibit the Defendants "from engaging in each of the unlawful policies and practices" set forth in the Complaint, rather than seeking to have Plaintiff's scholarship and eligibility reinstated; and (6) although the parties were able to reach an agreement to continue the responsive pleading deadlines until after the Court has issued a decision on the stay motion, they were unable to resolve the underlying stay issues. (Declaration of Edward M. Cramp, ¶ 2.) Farbod Faizai Khorasani (Kjar McKenna & Stockalper LLP) on behalf of Cal Pac, subsequently met and conferred telephonically with Mr. Herrera, which the conference lasted approximately 5 minutes and covered the same substantive issues. (Declaration of Farbod Faizai Khorasani, ¶ 2.)

This Motion is based upon this Notice, the supporting Memorandum of Points and Authorities, the supporting Declarations of Edward M. Cramp and Farbod Faizai Khorasani, the supporting Request for Judicial Notice and attachments thereto, and the Proposed Order, all filed concurrently herewith, the pleadings and other documents on file in this action, and such other argument and evidence as the Court may consider at the hearing of the motion.

///

///

DEFENDANTS' NOTICE OF MOTION AND JOINT MOTION TO STAY ACTION

DM1\20235727.1

*Respectfully submitted,*

Dated: October 24, 2025            **DUANE MORRIS LLP**

By: */s/ Edward M. Cramp*
Cyndie M. Chang
Edward M. Cramp
Daniel M. Doft
Dillon D. Denio
*Attorneys for Defendants*
*Westcliff University and Anthony Lee*

Dated: October 24, 2025            **O'HAGAN MEYER**

By: */s/ Theodore C. Peters*
Theodore C. Peters (SBN 235115)
tpeters@ohaganmeyer.com
Sidorela Deliu-Kerasiotis (297318)
Sdeliu-kerasiotis@ohaganmeyer.com
2615 Pacific Coast Hwy, Ste 300
Hermosa Beach, CA 90254-2227
Facsimile: (310) 807-1115
Telephone: (310) 807-1100
*Attorneys for Defendant National*
*Association of Intercollegiate Athletes*

Dated: October 24, 2025            **KJAR MCKENNA &**
**STOCKALPER LLP**

By: */s/ Farbod Faizai*
Patrick Stockalper (SBN 156954)
pstockalper@kmslegal.com
Farbod Faizai (SBN 304163)
ffaizai@kmslegal.com
841 Apollo St, Ste 100
El Segundo, CA 90245-4769
Facsimile: (424) 367-0400
Telephone: (424) 397-1019
*Attorneys for Defendant*
*California Pacific Conference*

3

DM1\20235727.1

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  October 24, 2025                    **DUANE MORRIS LLP**

By: ___*/s/ Edward M. Cramp*___
Cyndie M. Chang
Edward M. Cramp
Daniel M. Doft
Dillon D. Denio
*Attorneys for Defendants*
*Westcliff University and Anthony Lee*

DM1\20235727.1